UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

                      Plaintiffs,                         Case No. 09-CV-8616 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

                                                      **APPEARANCE**

                      Defendants.
-------------------------------------------------------------- X

JEFFREY P. ORLAN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                                             Case No. 09-CV-9037 (JGK)

                      Plaintiffs,

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

                      Defendants.
-------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for Spongetech Delivery Systems, Inc.,

Michael L. Metter, Steven Moskowitz, Frank Lazauskas, and RM Enterprises International, Inc.

       I certify that I am admitted to practice in this Court.

1

AUS 536,068,400

Dated:  February 3, 2010                    /s/ Paul R. Bessette
                                            Paul R. Bessette
                                            SDNY Bar No. PB2550
                                            GREENBERG TRAURIG LLP
                                            MetLife Building
                                            200 Park Avenue
                                            New York, NY 10166
                                            Tel: 212.801.9200
                                            Fax:  212.801.6400

AUS 536,068,400

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2010, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send a notice of electronic filing to

all counsel of record who have consented to electronic notification.  I further certify that I

mailed the foregoing document and the notice of electronic filing by first-class mail to all

non-CM/ECF participants.


*/s/ Paul R. Bessette*
Paul R. Bessette

*AUS 536,068,400*