UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

              Plaintiffs,                        Case No. 09-CV-8616 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

                                                   **MOTION TO ADMIT COUNSEL**
              Defendants.                       **PRO HAC VICE**
-------------------------------------------------------------- X

JEFFREY P. ORLAN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

              Plaintiffs,                        Case No. 09-CV-9037 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

              Defendants.
-------------------------------------------------------------- X

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Paul R. Bessette, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

       Jesse Z. Weiss
       Greenberg Traurig LLP
       300 West 6th Street, Suite 2050
       Austin, Texas 78701
       Tel: 512.320.7200
       Fax: 512.320.7210

1

Jesse Z. Weiss is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Jesse Z. Weiss in any State or Federal Court.

Dated: February 4, 2010

Respectfully submitted,

Paul R. Bessette
SDNY Bar No. PB2550
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212.801.2130
Fax: 212.801.6400

AUS 536,068,094

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2010, I filed the foregoing with the Clerk of Court by Federal Express delivery. I further certify that I served the foregoing document to the following parties of record by email transmission:

Laurence Matthew Rosen
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
Email: lrosen@rosenlegal.com

Phillip C. Kim
The Rosen Law Firm P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
Email: pkim@rosenlegal.com

William Bernard Federman
Federman & Sherwood
10205 N. Pennsylvania
Oklahoma City, OK 73102
Email: wbf@federmanlaw.com

Gary Steven Graifman
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Email: ggraifman@kgglaw.com

Martin S. Siegel
Brown Rudnick Berlack Israels, LLP
Seven Times Square
New York, NY 10036
Email: msiegel@brownrudnick.com

Paul R. Bessette

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

          Plaintiffs,                            Case No. 09-CV-8616 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

          Defendants.                       **AFFIDAVIT OF PAUL R.**
------------------------------------------------------------- X  **BESSETTE IN SUPPORT OF**
                                                                            **MOTION TO ADMIT COUNSEL**
JEFFREY P. ORLAN, INDIVIDUALLY AND ON                      **PRO HAC VICE**
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

          Plaintiffs,                            Case No. 09-CV-9037 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

          Defendants.
------------------------------------------------------------- X

      Paul R. Bessette, being duly sworn, hereby deposes and says as follows:

1.   I am a shareholder at Greenberg Traurig, LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Jesse Z. Weiss as counsel pro hac vice to represent Defendants in this matter.

2.   I am a member in good standing of the bar of the State of New York and was admitted to practice law on October 22, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

*1*

3. I have known Jesse Z. Weiss since March 2003.

4. Mr. Weiss is a shareholder at Greenberg Traurig LLP in Austin, Texas.

5. I have found Mr. Weiss to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jesse Z. Weiss, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jesse Z. Weiss pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jesse Z. Weiss pro hac vice to represent Defendants in the above captioned matter be granted.

Dated: February 4, 2010

Notarized:

*Colleen M. Cisneros*
*Commission Expires:*
*04/05/10*

Colleen M. Cisneros
Notary Public
State of Texas
My Commission Expires
APRIL 05, 2010

Respectfully submitted,

Paul R. Bessette
SDNY Bar No. PB2550
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212.801.2130
Fax: 212.801.6400

2

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 27, 2010

Re: Laura Leah Clark Moriaty, State Bar Number 24046478

To Whom It May Concern:

This is to certify that Ms. Laura Leah Clark Moriaty was licensed to practice law in Texas on November 5, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Moriaty's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/es



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

       Plaintiffs,                        Case No. 09-CV-8616 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

       Defendants.                     **ORDER FOR ADMISSION**
------------------------------------------------------------- X   **PRO HAC VICE**
JEFFREY P. ORLAN, INDIVIDUALLY AND ON       **ON WRITTEN MOTION**
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

       Plaintiffs,                        Case No. 09-CV-9037 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

       Defendants.
------------------------------------------------------------- X

     Upon the motion of Paul R. Bessette, attorney for Defendants and said sponsor attorney's

affidavit in support;

    **IT IS HEREBY ORDERED** that

    Jesse Z. Weiss
    Greenberg Traurig LLP
    300 West 6th Street, Suite 2050
    Austin, Texas 78701
    Tel: 512.320.7200
    Fax: 512.320.7210
    weissjz@gtlaw.com

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2010
      New York, New York             _____
                                                   United States District Judge