UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

QUANG LE, ET AL.,

               Plaintiffs,        09 Civ. 8616 (JGK)
                                      09 Civ. 9037

   - against -                      ORDER

SPONGETECH DELIVERY SYSTEMS, INC.,
ET AL.,

               Defendants.
---

JOHN G. KOELTL, District Judge:

    The defendants are requested to provide the Court with courtesy copies of all papers in the pending motions in these cases.

SO ORDERED.

Dated:    New York, New York
           April 1, 2010

                                              _____
                                                John G. Koeltl
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 4-5-10