UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORLAN,

                Plaintiff(s),                      **NOTICE OF ORAL ARGUMENT**

   -against-

SPONGETECH,                                         09 civ 9037 (JGK)

                Defendant(s).
------------------------------------------------------------X

To All Parties,

      You are directed to appear for oral argument on the pending motion(s), to be held on

**Thursday, May 6, 2010 at 2:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

      **All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

                                                      Don Fletcher
                                           Courtroom Case Manager

Dated: New York, New York
       April 23, 2010

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2010
```